**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**LARRY CALDERON,**

                  Plaintiff,            9:20-cv-645
                                                    (GLS/CFH)

       v.

**JANE DOE et al.,**

                **Defendants.**

| APPEARANCES: | OF COUNSEL: |
|---|---|
| **FOR THE PLAINTIFF:** | |
| LARRY CALDERON | |
| *Pro Se* | |
| 17-A-3002 | |
| Attica Correctional Facility | |
| Box 149 | |
| Attica, NY 14011 | |
| | |
| **FOR THE DEFENDANTS:** | |
| *Noeth* | |
| HON. LETITIA JAMES | BRENDA T BADDAM |
| New York State Attorney General | Assistant Attorney General |
| The Capitol | |
| Albany, NY 12224 | |
| | |
| *Doe Defendants* | NO APPEARANCES |

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Christian F. Hummel duly filed November 24, 2021. (Dkt. No. 30.) Following fourteen days from

the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 30) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendant Noeth's motion for summary judgment (Dkt. No. 24) is **GRANTED**; and it is further

**ORDERED** that all claims against Noeth are **DISMISSED WITH PREJUDICE** for failure to exhaust administrative remedies; and it is further

**ORDERED** that the Clerk **TERMINATE** defendant Noeth from this action; and it is further

**ORDERED** that the New York State Attorney General's Office is directed, to the extent possible, to provide the information specified in the R&R regarding the identities of the Doe defendants to plaintiff and the court within thirty (30) days fo the filing date of this Order; and it is further

**ORDERED** that, upon receipt of a response from the New York State Attorney General's Office, the Clerk shall return the file to Magistrate Judge Hummel for further review; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in

2

accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

January 5, 2022
Albany, New York

Gary L. Sharpe
U.S. District Judge